# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BRUCE BYNOE, <br><br> Petitioner, <br><br> vs. <br><br> WARDEN HELLING, *et al.* <br><br> Respondents. | 3:07-cv-00009-LRH-VPC <br><br> <u>ORDER</u> |

Petitioner's motion (#9) for an enlargement of time is GRANTED, and the time for petitioner to file an amended petition is extended up to and including November 13, 2007.

DATED this 2nd day of October, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE