# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL BRUCE BYNOE,

    Petitioner,

vs.

WARDEN HELLING, *et al.*

    Respondents.

3:07-cv-00009-LRH-VPC

ORDER

    Petitioner's motion (#11) for an enlargement of time is GRANTED, and the time for petitioner to file an amended petition is extended up to and including January 14, 2008.

    DATED this 13th day of November, 2007.

                                                  LARRY R. HICKS
                                                  UNITED STATES DISTRICT JUDGE