# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL BRUCE BYNOE,

    Petitioner,

vs.

WARDEN HELLING, *et al.*,

    Respondents.

3:07-cv-00009-LRH-VPC

ORDER

    Petitioner's motion (#13) for an enlargement of time is GRANTED, and the time for petitioner to file an amended petition is extended up to and including March 14, 2008.

    DATED this 23rd day of January, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE