# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL BRUCE BYNOE,

    Petitioner,

vs.

WARDEN HELLING, *et al.,*

    Respondents.

3:07-cv-00009-LRH-VPC

ORDER

    Petitioner's *nunc pro tunc* motion (#15) for an enlargement of time is GRANTED, and the time for petitioner to file an amended petition is extended up to and including April 28, 2008.

    DATED this 21st day of April, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE