# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BRUCE BYNOE, | |
| Petitioner, | 3:07-cv-00009-LRH-VPC |
| vs. | ORDER |
| WARDEN HELLING, *et al.*, | |
| Respondents. | |

Petitioner's motion (#26) for an enlargement of time is GRANTED, and the time for petitioner to file a show cause response is extended up to and including October 20, 2008.

DATED this 6th day of October, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE