# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BRUCE BYNOE,<br><br>　　　　Petitioner,<br><br>vs.<br><br>WARDEN HELLING, *et al.*,<br><br>　　　　Respondents. | 3:07-cv-00009-LRH-VPC<br><br>ORDER |

Petitioner's motion (#31) to treat filing as timely is GRANTED, and the motion (#30) for a stay is treated as timely filed, given that the temporary shutdown of the electronic docketing system rendered the Clerk's office inaccessible to the all-hours filing access that otherwise would have been available on the day of the filing deadline.

DATED this 22nd day of June, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE