# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL BRUCE BYNOE,

    Petitioner,

vs.

HELLING,

    Respondent.

3:07-cv-00009-LRH-VPC

ORDER

      Petitioner is proceeding with counsel in this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 14, 2009, petitioner filed a motion for an extension of time to file a reply to respondent's opposition to petitioner's motion for stay and abeyance (Docket #35). Good cause appearing, petitioner's motion is **HEREBY GRANTED**. Petitioner is granted an extension of time until July 21, 2009, to file his reply.

      DATED this 17th day of July, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE