UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MICHAEL BRUCE BYNOE, | Case No. 3:07-cv-00009-LRH-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| HELLING, et al., | |
| Respondents. | |

This counseled 28 U.S.C. § 2254 habeas matter is before the court on the petitioner Michael Bruce Bynoe's motion for leave to file notice of supplemental authority (ECF No. 59). Respondents have indicated that they do not oppose the motion and wish to respond (ECF No. 60). Good cause appearing,

**IT IS ORDERED** that petitioner's motion for leave to file notice of supplemental authority in support of his Rule 60(b)(6) motion (ECF No. 59) is **GRANTED**. The Clerk shall detach and file petitioner's notice of supplemental authority (ECF No. 59-1).

**IT IS FURTHER ORDERED** that respondents shall have **thirty (30) days** from the date of entry of this order to file a response to the legal arguments in petitioner's notice of supplemental authority.

**IT IS FURTHER ORDERED** that respondents' motion to extend time to file a response to the Rule 60(b)(6) motion (ECF No. 55) is **GRANTED** *nunc pro tunc*.

DATED this 25th day of April, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1