1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8                                * * *

9    MICHAEL BRUCE BYNOE,          | Case No. 3:07-cv-00009-LRH-CLB

10                      Petitioner, | ORDER

11       v.

12   PERRY RUSSELL, WARDEN, et al.,

13                     Respondents.

14

15        Respondents ask that the court waive compliance with Local Special Rule 3-3

16   with respect to the index of exhibits in support of their motion to dismiss Michael Bruce

17   Bynoe's second-amended § 2254 habeas corpus petition. (ECF No. 113.) LSR 3-3(c)

18   states that the court disfavors the filing of duplicate exhibits. Respondents note that the

19   voluminous state-court record spans over 24 years and explain that a complete set of

20   state-court exhibits has never been filed in this case. Thus, they request to file a

21   complete, chronological index and exhibits for the state proceedings. Good cause

22   appearing,

23
24
25
26
27
28

                                      1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS ORDERED** that respondents' motion to waive compliance with Local Rule for Special Proceedings and Appeals LSR 3-3 (ECF No. 113) is **GRANTED**.

**IT IS FURTHER ORDERED** that respondents' fourth and fifth motions for extension of time to respond to the second-amended petition (ECF Nos. 105 and 106) are both **GRANTED** *nunc pro tunc.*

DATED: 3 November 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE