UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MICHAEL BRUCE BYNOE,

Petitioner,

v.

PERRY RUSSELL, WARDEN, et al.,

Respondents.

Case No. 3:07-cv-00009-LRH-CLB

**Order Granting Extension of Time to Oppose Motion to Dismiss to January 23, 2023**

**(ECF Nos. 116, 117)**

Michael Bruce Bynoe asks the court for an extension of time to file his opposition to respondents' motion to dismiss his § 2254 habeas corpus petition. (ECF Nos. 116, 117.) Good cause appearing,

**IT IS ORDERED** that petitioner's first motion for extension of time to oppose the motion to dismiss (ECF No. 116) is **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that petitioner's second unopposed motion for extension of time to oppose the motion to dismiss (ECF No. 117) is **GRANTED**. **The deadline to file the opposition is extended to January 23, 2023.**

DATED: December 21, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1