UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MICHAEL BRUCE BYNOE,

                        Petitioner,

    v.

PERRY RUSSELL, WARDEN, *et al*.,

                       Respondents.

Case No. 3:07-cv-00009-LRH-CLB

**Order Granting Extension of Time to File Response to Motion for Evidentiary Hearing to March 14, 2023**

**(ECF No. 125)**

Respondents seek an extension of time to respond to § 2254 habeas corpus petitioner Michael Bruce Bynoe's motion for evidentiary hearing. (ECF No. 125.) Good cause appearing,

**IT IS ORDERED** that respondents' unopposed first motion for extension of time to file a response to the motion for evidentiary hearing (ECF No. 125) is **GRANTED** *nunc pro tunc*. **The deadline to respond is extended to March 14, 2023**.

DATED: February 22, 2023

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1