1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MICHAEL BRUCE BYNOE,

Petitioner,

v.

PERRY RUSSELL, WARDEN, *et al.*,

Respondents.

Case No. 3:07-cv-00009-LRH-CLB

**Order Granting Extension of Time to File Response to Motion for Evidentiary Hearing to March 28, 2023**

**(ECF No. 127)**

Respondents seek an extension of time to respond to § 2254 habeas corpus petitioner Michael Bruce Bynoe's motion for evidentiary hearing. (ECF No. 127.) Good cause appearing,

**IT IS ORDERED** that respondents' unopposed second motion for extension of time to file a response to the motion for evidentiary hearing (ECF No. 127) is **GRANTED** *nunc pro tunc*. **The deadline to respond is extended to March 28, 2023**.

DATED: March 16, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1