UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL BRUCE BYNOE, | Case No. 3:07-cv-00009-LRH-CLB |
| Petitioner, | **Order Granting Extension of Time to File Response to Motion for Evidentiary Hearing to March 31, 2023** |
| v. | |
| PERRY RUSSELL, WARDEN, *et al.*, | **(ECF No. 129)** |
| Respondents. | |

Respondents seek an extension of time to respond to § 2254 habeas corpus petitioner Michael Bruce Bynoe's motion for evidentiary hearing. (ECF No. 129.) Good cause appearing,

**IT IS ORDERED** that respondents' unopposed third motion for extension of time to file a response to the motion for evidentiary hearing (ECF No. 129) is **GRANTED** *nunc pro tunc*. **The deadline to respond is extended to March 31, 2023**.

DATED: March 30, 2023

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1