UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL BRUCE BYNOE,<br><br>Petitioner,<br><br>v.<br><br>PERRY RUSSELL, WARDEN, *et al.*,<br><br>Respondents. | Case No. 3:07-cv-00009-LRH-CLB<br><br>**Order Granting Extensions of Time to File Response to Motion for Evidentiary Hearing and to File Reply in Support of Motion to Dismiss**<br><br>**(ECF Nos. 130, 132)** |

Respondents ask the court for extensions of time to respond to § 2254 habeas corpus petitioner Michael Bruce Bynoe's motion for evidentiary hearing and to file a reply in support of their motion to dismiss. (ECF Nos. 130, 132.) Good cause appearing,

**IT IS ORDERED** that respondents' unopposed fourth motion for extension of time to file a response to the motion for evidentiary hearing (ECF No. 132) is **GRANTED** *nunc pro tunc*. **The deadline to respond is extended to April 3, 2023**.

**IT IS FURTHER ORDERED** that respondents' unopposed second motion for extension of time to file a reply in support of their motion to dismiss (ECF No. 130) is **GRANTED**. **The deadline to reply is extended to May 1, 2023.**

DATED: April 3, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1