**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL BRUCE BYNOE, | Case No.: 3:07-cv-00009-LRH-CLB |
| Petitioner | **Order Granting Extension to Reply in Support of Motion to Dismiss to July 5, 2023** |
| v. | |
| HELLING, et al., | (ECF No. 142) |
| Respondents. | |

Respondents ask the court for a 14-day extension of time to file a reply in support of their motion to dismiss Michael Bruce Bynoe's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 142.) Good cause appearing,

**IT IS ORDERED** that respondents' unopposed fifth motion for extension of time to file a reply in support of their motion to dismiss (ECF No. 142) is **GRANTED** *nunc pro tunc*. **The deadline to reply is extended to July 5, 2023.**

DATED: June 22, 2023

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE