# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BRUCE BYNOE,<br><br>  Petitioner<br><br>v.<br><br>HELLING, et al.,<br><br>  Respondents. | Case No.: 3:07-cv-00009-LRH-CLB<br><br>**Order Granting Extension to Reply in Support of Motion to Dismiss to July 12, 2023**<br><br>(ECF No. 144) |

Respondents ask the court for a 7-day extension of time to file a reply in support of their motion to dismiss Michael Bruce Bynoe's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 142.) Counsel for respondents explains that she anticipated completing the reply by the deadline but has been out of state due to an ongoing family emergency. Good cause appearing,

**IT IS ORDERED** that respondents' sixth motion for extension of time to file a reply in support of their motion to dismiss (ECF No. 142) is **GRANTED** *nunc pro tunc*. **The deadline to reply is extended to July 12, 2023.**

DATED this 6th day of July, 2023

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE