# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BRUCE BYNOE,<br><br>   Petitioner<br><br>v.<br><br>HELLING, et al.,<br><br>   Respondents. | Case No.: 3:07-cv-00009-LRH-CLB<br><br>**Order Granting Extension to Reply in Support of Motion to Dismiss**<br><br>(ECF No. 146) |

Respondents ask the court for an extension of time to file a reply in support of their motion to dismiss Michael Bruce Bynoe's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 146.) Respondents have also now filed the reply. (ECF No. 147.) Good cause appearing,

**IT IS ORDERED** that respondents' seventh motion for extension of time to file a reply in support of their motion to dismiss (ECF No. 146) is **GRANTED** *nunc pro tunc*.

DATED: July 17, 2023

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE