UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BRUCE BYNOE,<br><br>　　　　　　　　　　Petitioner,<br>v.<br>HELLING, *et al.*,<br>　　　　　　　　　　Respondents. | Case No. 3:07-cv-00009-ART-CLB<br><br>Order Granting Extension to File Supplemental Briefing to March 29, 2024<br><br>(ECF No. 156) |

　　　Michael Bruce Bynoe asks the court for an extension of time to file supplemental briefing in support of his 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 156.) He seeks a lengthy extension due to the complex procedural and substantive issues involved and also because his counsel, a Federal Public Defender, is on family leave. Good cause appearing,

　　　IT IS ORDERED that Petitioner's unopposed motion for extension of time to file supplemental briefing (ECF No. 156) is GRANTED *nunc pro tunc*. The deadline is extended to March 29, 2024.

　　　DATED THIS 30th day of November 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1