UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BRUCE BYNOE, | Case No.: 3:07-cv-00009-ART-CLB |
| Petitioner | Order Granting Extension to File Supplemental Briefing to April 29, 2024 |
| v. | |
| HELLING, *et al.*, | (ECF No. 158) |
| Respondents. | |

Michael Bruce Bynoe asks the Court for an extension of time to file a supplemental brief in support of his 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 158.) Good cause appearing,

It is ordered that Petitioner's motion for extension of time (ECF No. 158) is GRANTED *nunc pro tunc.* The deadline to file the supplemental brief is extended to April 29, 2024.

Dated this 17 April 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE