UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BRUCE BYNOE, | Case No.: 3:07-cv-00009-ART-CLB |
| Petitioner, | Order Granting Extensions of Time to File Responses to Motion for Leave to File Amended Petition and Motion for Reconsideration to May 20, 2024 |
| v. | |
| HELLING, *et al.*, | (ECF No. 163) |
| Respondents. | |

Respondents ask the Court for an extension to of time to respond to 28 U.S.C. § 2254 habeas corpus Petitioner Michael Bruce Bynoe's motion for leave to file a third-amended petition and motion for reconsideration. (ECF No. 163.) Good cause appearing,

It is ordered that Respondents' motion for extension of time to respond to motion for leave to file a third-amended petition and motion for reconsideration (ECF No. 163) is GRANTED *nunc pro tunc*. The deadline for the responses is extended to May 27, 2024.

Dated this 20th day of May 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE