# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BRUCE BYNOE, | Case No.: 3:07-cv-00009-ART-CLB |
| Petitioner | Order Granting Extension of Time to File Supplemental Brief to July 25, 2025 |
| v. | |
| HELLING, *et al.*, | (ECF No. 177) |
| Respondents. | |

Petitioner Michael Bruce Bynoe asks the Court for an extension to of time to file a supplemental brief in support of his 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 177). Good cause appearing,

It is ordered that Petitioner's unopposed motion for extension of time to file a supplemental brief **(ECF No. 177) is GRANTED *nunc pro tunc*. The deadline is extended to July 25, 2025.**

Dated this 22nd day of July, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE