UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL BRUCE BYNOE,

Petitioner,

v.

HELLING, *et al.*,

Respondents.

Case No. 3:07-cv-00009-ART-CLB

ORDER

This habeas action is brought by Petitioner Michael Bruce Bynoe under 22 U.S.C. § 2254. In August 2025, the Court granted Bynoe's Motion to Stay case to allow counsel to consult with Bynoe following his release on parole. ECF No. 181. Bynoe now moves to reopen these federal habeas proceedings and asserts that he would like to continue to litigate his case. ECF No. 183.

It is therefore ordered that Petitioner Michael Bruce Bynoe's Motion to Reopen (ECF No. 183) is granted. As the stay is lifted by this Order, the Clerk of the Court will reopen this action.

It is further ordered that Bynoe has 45 days from the date of entry of this order to file supplemental briefing as directed in the Court's order granting reconsideration and denying leave to amend (ECF No. 173).

It is further ordered that Respondents will have 45 days from the date Petitioner files his briefing to file a response.

DATED THIS 4th day of November 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE